UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
LEAUDRY LADERRICK MOULTREE          Case No. 19-52623-TJT
AND DIANA KINETA MOULTREE,
                                    Chapter 13

                                    Honorable Thomas J. Tucker

          Debtor.
_____/

## WITHDRAWAL OF DOCUMENT #23 NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

The Notice of State of Michigan Unfiled Tax Returns filed as

PACER Document #23 on October 17, 2019 is hereby withdrawn.


                          DANA NESSEL
                          Attorney General


                          /s/ Moe Freedman
                          Moe Freedman (P74224)
                          Assistant Attorney General
                          Cadillac Place, Ste. 10-200
                          3030 W. Grand Blvd.
                          Detroit, MI  48202
                          Telephone: (313) 456-0140
                          E-mail: freedmanM1@michigan.gov

Dated:  December 4, 2019